WILLIAMS v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. April 13, 1923.) No. 3773. In Error to the District Court of the United States for the Western District of Tennessee; Ross, Judge. Bearman & Bearman, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed pursuant to section 5 of rule 22 of this court (202 Fed. xvi, 118 C. C. A. xvi).

---

WILLIAMS v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. May 15, 1923.) No. 3932. In Error to the District Court of the United States for the Western District of Tennessee; Ross, Judge. Thomas J. Walsh, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed pursuant to motion of counsel.

---

WILSON v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. May 15, 1923.) No. 3928. In Error to the District Court of the United States for the Western District of Tennessee; Ross, Judge. Abe Cohn, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

END OF CASES IN VOL. 291

*